UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACKLYN VERONICA CLEVENGER, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No: 3:21-cv-188 ) ) Judge Christopher H. Steger ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| *Defendant*. | ) ) |

## JUDGMENT ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that:

1. Plaintiff's Motion for Judgment on the Pleadings [Doc. 18] is **GRANTED**;

2. The Commissioner's Motion for Summary Judgment [Doc. 22] is **DENIED**; and

3. This matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT

/s/ *LeAnna Wilson*
CLERK OF COURT